UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OCTAVIUS CHARLES,

                Plaintiff,                No. 13-CV-14380-DT

vs.                                            Hon. Gerald E. Rosen

TONY LEON BARTLETT and TRAIL
LINES, INC.,

                Defendants
_____/

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
DISCOVERY, DISCLOSURES, AND AUTHORIZATIONS FOR RECORDS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on January 13, 2014

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

The Court having reviewed and considered the January 9, 2014 Motion of Defendants Tony Leon Bartlett and Trail Lines, Inc. to compel Plaintiff to provide his responses to (1) Defendants' discovery requests and requests for authorizations for records which were served upon Plaintiff on November 26, 2013, (2) requests for authorizations served on December 16, 2013, and (3) request for reciprocal Rule 26 disclosures served on December 18, 2013; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion to Compel be, and hereby is, GRANTED. Accordingly,

IT IS FURTHER ORDERED that, within 10 days of the date of this Order,

Plaintiff shall provide Defendants with his responses to the Defendants' November 26, 2013 discovery requests, his signed authorizations for the release of requested records, and his Rule 26 disclosures.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: January 13, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2014, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135